No. 93–5528. MELENDEZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5546. HERRERA-AVILA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5605. CARTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5642. WOODRUFF *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–5669. WHEELOCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5706. LARGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5716. MICKENS *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 93–5731. JONES, AKA BUTLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5767. PLATT *v.* PETROSKY. Sup. Ct. Ohio. Certiorari denied.

No. 93–5781. SANON *v.* TAYLOR UNIVERSITY. C. A. 7th Cir. Certiorari denied.

No. 93–5791. SKEEN *v.* FAISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5792. WELLS *v.* SANDAHL ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5793. WILLIAMS *v.* JENN-AIR CO. Ct. App. Ind. Certiorari denied.

No. 93–5794. PHILLIPS *v.* CHILES, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5796. COKER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–5798. DEBLOIS *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.